AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

UNSEALED

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

ISSUED

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RYAN MICHAEL VILLA, | ) | Case No. 1:23-mj-00133 EPG |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

FILED
NOV 09 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RYAN MICHAEL VILLA                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846, 841 (a)1(),(b)(1)(B) - Conspiracy to distribute and possess with intent to distribute heroin -Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or Fine of up to $5,000,000; or both fine and imprisonment; Supervised release of at least 4 years up to life

Date: **Nov 7, 2023**

*Issuing officer's signature*

City and state:   Fresno, CA

Hon. Erica P. Grosjean, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/7/23, and the person was arrested on *(date)* 11/9/23
at *(city and state)* Bakersfield, CA

Date: 11/9/23

*Arresting officer's signature*

DEA
*Printed name and title*