

FILED
Jan 29, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1:24-cr-00027-NODJ-BAM

| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-133-EPG-2 |
|---|---|
| Plaintiff, | CHARGES: 21 U.S.C. § 843(b) – USE OF A COMMUNICATION FACILITY TO FACILITATE A DRUG TRAFFICKING OFFENSE |
| v. | |
| RYAN MICHAEL VILLA, | |
| Defendant. | |

INFORMATION

COUNT ONE: [21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug Trafficking Offense]

The United States Attorney charges: T H A T

RYAN MICHAEL VILLA,

defendant herein, on or about June 22, 2020, in the State and Eastern District of California, and elsewhere, did knowingly and intentionally use a communication facility in committing, causing, and facilitating the commission of a felony offense, to wit: Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. § 841(a)(1),(b)(1)(B), in violation of Title 21, United States Code, § 843(b).

///

///

COUNT TWO: [21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug Trafficking Offense]

The United States Attorney further charges: T H A T

RYAN MICHAEL VILLA,

defendant herein, on or about July 2, 2020, in the State and Eastern District of California, and elsewhere, did knowingly and intentionally use a communication facility in committing, causing, and facilitating the commission of a felony offense, to wit: Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. § 841(a)(1),(b)(1)(B), in violation of Title 21, United States Code, § 843(b).

Dated: January 29, 2024

PHILLIP A. TALBERT
United States Attorney

By: _____
ARIN C. HEINZ
Assistant United States Attorney

<u>**United States v. Ryan Michael Villa**</u>
<u>**Penalties for Information**</u>

**COUNT ONE**

| | |
|---|---|
| VIOLATION: | 21 U.S.C. § 843(b) - Use of Communication Facility to Facilitate a Drug Trafficking Offense |
| PENALTIES: | Not more than 48 months, Not more than $250,000 fine or both A one-year term of Supervised Release |

**COUNT TWO**

| | |
|---|---|
| VIOLATION: | 21 U.S.C. § 843(b) - Use of Communication Facility to Facilitate a Drug Trafficking Offense |
| PENALTIES: | Not more than 48 months, Not more than $250,000 fine or both A one-year term of Supervised Release |